No. 98–8162. GILBERT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–8164. YAROMICH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8167. HATTEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8170. SHELTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8174. CURTIS *v.* LEWIS, SPECIAL JUDGE, OHIO CIRCUIT COURT. Sup. Ct. Ky. Certiorari denied.

No. 98–8175. ARTIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8176. ANDERSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8179. MEDINA CHIPREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8182. SUMMERLIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8186. KING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8188. MATTOX *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8194. LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–8195. LUCAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8197. BAILEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8198. CRUZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8199. OBLEA-GONZALEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.